IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHELLY WILLIAMS**                                                                                   **PLAINTIFF**

**v.**                        **CASE NO. 4:14CV00579 BSM**

**SEDGWICK CLAIMS MANAGEMENT**
**SERVICES INC. and WAL-MART STORES, INC.**                    **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of August 2015.

_____
UNITED STATES DISTRICT JUDGE